NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

J. STANFORD LIFSEY,                )
                                   )
            Appellant,             )
                                   )
v.                                 )        Case No. 2D18-3102
                                   )
NANCY MARTIN,                      )
                                   )
            Appellee.              )
_____)

Opinion filed September 27, 2019.

Appeal from the Circuit Court for
Hillsborough County; Paul L. Huey, Judge.

J. Stanford Lifsey, pro se.

Scott A. Frick of the Frick Law Group,
Tampa, for Appellee.


PER CURIAM.


            Affirmed.



KELLY, VILLANTI, and LaROSE, JJ., Concur.